88

William NATZKE *v.*
CITY OF FAYETTEVILLE (STATE of Arkansas)

CR 84-183                                    684 S.W.2d 264

Supreme Court of Arkansas
Opinion delivered February 25, 1985

*Linzay & Froelich,* by: *Lee H. Linsay, Jr.,* for appellant.

*Steve Clark,* Att'y Gen., by: *Patricia G. Cherry,* Asst. Att'y Gen., for appellee.

PER CURIAM. Appellant was convicted of DWI under Act 549 of 1983. On appeal his single assignment of error is that the act violates the separation of powers doctrine under the Arkansas Constitution. That argument has been considered and rejected. *Sparrow* v. *State,* 284 Ark. 396, 683 S.W.2d 218 (1985) and *Lovell* v. *State,* 283 Ark. 425, 678 S.W.2d 318 (1984).

The judgment is affirmed.